FILED
January 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:14-mj-00012-EFB
        Plaintiff, )
v. )
)   ORDER FOR RELEASE OF
HUNTER MOORE, )   PERSON IN CUSTODY
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, HUNTER MOORE, Case No. 2:14-mj-00012-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $100,000.00

        _X_ Co-Signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) <u>Conditions as stated on the record.</u>

        _X_ (Other) <u>The defendant is ordered to appear in the Central District of California on 2/7/2014 at 2:00 p.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>1/24/2014</u> at 3:20pm.

By _____
Edmund F. Brennan
United States Magistrate Judge